**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 02-cr-00601-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS QUINTANA,

    Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on September 4, 2013, it is hereby

ORDERED that Defendant Jesus Quintana is sentenced to **TIME SERVED.**

Dated: September 4, 2013.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE